

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| SHAHBAZ YAZDANI, | | No. 08-25-00039-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No 5 |
| | § | |
| THE STATE OF TEXAS, | | of Bexar County, Texas |
| | § | |
| Appellee. | | (TC# CC708917) |
| | § | |

## M E M O R A N D U M   O P I N I O N

This appeal is before the Court on Appellant Shahbaz Yazdani's motion to dismiss.[1] *See* Tex. R. App. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). The motion is signed by Yazdani and his counsel, as required by Rule 42.2(a), and states that he no longer desires to pursue his appeal. *Id.* Accordingly, we grant the motion to dismiss and dismiss the appeal. *Id.* We ORDER that this Court's mandate issue immediately. Tex. R. App. P. 18.1(c).

MARIA SALAS MENDOZA, Chief Justice

June 23, 2025

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)

(Do Not Publish)

---

[1] This appeal was transferred to this Court from the Fourth Court of Appeals pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Fourth Court of Appeals' precedent to the extent it conflicts with our own. Tex. R. App. P. 41.3.